

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA MONTOYA ZAMORA, | CASE NO. 13cv1298-WQH-WMc |
| Petitioner, | |
| vs. | ORDER |
| GARY MICHAEL HOPKINS, | |
| Respondent. | |

HAYES, Judge:

On June 14, 2013, Respondent filed a "Motion to Dismiss Case Because It Has Become Moot" ("Motion to Dismiss"). (ECF No. 9). Respondent contends that this case is moot because Respondent and the minor child at issue have "permanently returned to live in Mexico." *Id.* at 4.

On June 14, 2013, the Court entered an Order requiring that any response to the Motion to Dismiss be filed no later than June 21, 2013. (ECF No. 11).

On June 25, 2013, the parties jointly filed a "Stipulation and Order." (ECF No. 12). The parties requested that the Court vacate the trial date and Petitioner be granted a "new deadline" of July 2, 2013 to file a response to the Motion to Dismiss. *Id.* at 2. On June 28, 2013, the Court signed and entered the Stipulation and Order. (ECF No. 13).

The docket reflects that no response to the Motion to Dismiss has been filed by Petitioner.

IT IS HEREBY ORDERED that the unopposed Motion to Dismiss is GRANTED. *See* S.D. Cal. Civ. L.R. 7.1(f)(3)(c). This action is dismissed without prejudice. The Clerk of the Court shall close the case.

DATE: 7/11/13

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE